IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| CHARLES SCHWAB & CO, INC., a California corporation.<br><br>    Plaintiff in Interpleader,<br><br>vs.<br><br>WILHELM BORNSCHEIN; CHRISTIANE BORNSCHEIN; ERSTE BANK der OSTERREICHISCHEN SPARKASSEN AG, an Austrian corporation; GERALD P. BIEMER; ANA MARIE BIEMER; GLOBAL SUPPORT SERVICES, INC., a/k/a GSSUSA, INC., a Nevada corporation; FRIEDRICH F. HERRLING; URSULA M. GRETE-HERRLING; HORST HENSCHEL; MARKUS HERRLING; ALEXANDER HERRLING; AND EUROGAS, INC.M, a Utah corporation.<br><br>    Defendants in Interpleader. | **ORDER TO CONSOLIDATE**<br><br>Case No. 2:98 CV 0559B<br>AND<br>Case No. 2:98 CV 0422J |

On August 10, 1998, an interpleader complaint was filed asserting that the interpleader plaintiff was in possession of various accounts in which were deposited Eurogas shares or alleged proceeds of Eurogas shares, and which are subject to potentially competing claims by defendants and co-defendants (Case No. 2:98 CV 0559B). Prior to the filing of Case No. 2:98 CV 0559 B, co-defendants, Mr. and Mrs. Bornschein and Erste Bank, filed an action asserting claims in and to the subject accounts, but only against defendants, Gerald P. Biemer, GSSUSA, Inc. and Eurogas, Inc., as a nominal defendant on July 22, 1998 (Case No. 2:98 CV 0422J). Defendants now make a motion to consolidate Case No. 2:98 CV 0559B with Case No. 2:98 CV 0422J.

For the reasons set forth in the motions to consolidate and pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, and good cause appearing, the Court HEREBY GRANTS defendants Gerald P. Biemer's, Ana Marie Biemer's Global Support Services', Inc., a/k/a GSSUSA, Inc., Friedrich F. Herrling's, Ursula M. Grete-Herrling's, Horst Henschel's, Markus Herrling's and Alexander Herrling's motion to consolidate and HEREBY ORDERS:

1.   Case No. 2:98 CV 0599B be consolidated with and into Case No. 2:98 CV 0422J, for the purposes of discovery, pretrial proceedings, and other proceedings as determined by the Court; and

2.   All pleadings, papers, and other submissions in Case No. 2:98 CV 0599B be consolidated with those in Case No. 2:98 CV 0422J; and

3.   As a result of this consolidation the court HEREBY VACATES the initial pretrial conference scheduled for Friday December 18, 1998, at 10:00 a.m. before Magistrate Judge David O. Nuffer.

DATED this 21st day of November, 1998.

Dee Benson
United States District Judge

jag

United States District Court
for the
District of Utah
November 25, 1998


* * MAILING CERTIFICATE OF CLERK * *


Re: 2:98-cv-00559



True and correct copies of the attached were mailed by the clerk to the
following:


    Mr. Robert B. Lochhead, Esq.
    PARR WADDOUPS BROWN GEE & LOVELESS
    185 S STATE ST STE 1300
    PO BOX 11019
    SALT LAKE CITY, UT  84147
    JFAX 9,5327750

    Mr. George M. Haley, Esq.
    HOLME ROBERTS & OWEN LLC
    111 E BROADWAY STE 1100
    SALT LAKE CITY, UT  84111

    Mr. Julian D Jensen, Esq.
    311 S STATE ST STE 380
    SALT LAKE CITY, UT  84111